IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **PHILLIP N. KERCH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No: 5:23-cv-00137-MTT-CHW |
| | : | |
| **Regional Dir. BENJAMIN FORD,** *et al.*, | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| **Defendants.** | : | |

**ORDER**

Plaintiff Phillip Kerch has submitted a motion to voluntarily dismiss his case. (Doc. 22). Defendants do not oppose the motion. (Doc. 23). Because both parties have stipulated to dismissal, no order dismissing the case would be needed under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. For purposes of the record, however, the Court hereby **GRANTS** Plaintiff's motion to voluntarily dismiss his complaint (Doc. 22), and this case is **DISMISSED without prejudice**.

**SO ORDERED**, this 15th day of November, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge