IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILLIP N KERCH, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00137-MTT-CHW |
| | * |
| Regional Dir. BENJAMIN FORD, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 15th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk